

# THE THIRTEENTH COURT OF APPEALS

---

13-17-00456-CR

---

James Wilbur Higgins
v.
The State of Texas

---

On appeal from the
36th District Court of Aransas County, Texas
Trial Cause No. A-16-5112-CR

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

November 15, 2018